1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2                                **RECEIVED**
    BRIAN T. STRETCH (CSBN 163973)
3   Chief, Criminal Division          AUG 2 2 2007

4   GEORGE L. BEVAN JR. (CSBN 65207)  RICHARD W. WIEKING
    Assistant United States Attorney    CLERK, U.S. DISTRICT COURT
5                                     NORTHERN DISTRICT OF CALIFORNIA
    1301 Clay Street, Suite 340S           OAKLAND
6   Oakland, CA, 94612
    Telephone: 510-637-3689
7           415-308-7976
    Fax 510-637-3679
8   Email: George.bevan@usdoj.gov

9
    Attorneys for Plaintiff
10

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       OAKLAND DIVISION

14

15   UNITED STATES OF AMERICA,        )    CR No. 03-40201-CW
                                       )
16          Plaintiff,                 )
                                       )    STIPULATION AND ORDER
17      v.                             )    RESCHEDULING DATE
                                       )    OF SENTENCING
18                                     )
                                       )
19   NARESH KUMAR NAYYAR,              )
                                       )
20          Defendant.                 )
                                       )
21   _____)

22          The parties stipulate and jointly request that the defendant's sentencing in this case

23   be rescheduled from August 22, 2007, to November 28, 2007, at 2:30 p.m. The reason

24   for this request is that the undersigned government counsel was recently assigned this

25   case upon the departure of AUSA Alicia Fenrick. Government counsel needs this

26   additional time to learn the case and assess all matters impacting the defendant's

27   sentencing.

28

1    For this reason, the parties jointly request that the currently sentencing date of

2    sentencing date of **August 22, 2007**, be rescheduled to **November 28, 2007, at 2:30 p.m.**

3    Government counsel has notified Probation Officer Charlie Mabie via voice message of

4    this proposed new date.

5

6

7    Dated: 8/22/07

8    JESSE J. GARCIA, ESQ.
     Counsel for Defendant

9

10   SCOTT N. SCHOOLS
     United States Attorney

11

12   Dated: 5/22/07

13   GEORGE L. BEVAN JR.
     Assistant United States Attorney

14

15

16   IT IS SO ORDERED.

17       AUG 2 4 2007

18   Dated: _____

19   CLAUDIA WILKEN
     United States District Judge

20

21

22

23

24

25

26

27

28

2